Max C. Liss and N. A. Lawrence, for appellant. H. J. Rosenberg, for appellees; Marvin E. Barnhart, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Lewis N. Paul, appellee, v. Peter Haa, appellant. Gen. No. 28,138.**

Prosecution for unlawfully withholding possession of apartment. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Charles L. Cohns, for appellant. Ziv, Loomis & Silvertrust, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**William Hubka, appellee, v. John J. Perkaus, appellant. Gen. No. 28,164.**

Bill in equity for moneys paid for care and support of defendant's deceased wife and child, to be recovered from moneys due defendant on benefit certificate in fraternal benefit society. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923. Rehearing denied May 7, 1923.

Q. J. Chott, for appellant. Frank L. Tuttle, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**St. Joseph's Hospital, appellee, v. Burrell Engineering & Construction Company, appellant. Gen. No. 28,173.**

Suit for hospital service for employees of corporation. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed on remittitur. Opinion filed April 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

E. C. Westwood, for appellant. S. L. and Fred Lowenthal and Harry P. Munns, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Nathan Brodar and Sam Molin, trading as Brodar & Molin, appellees, v. F. H. Speich, trading as F. H. Speich & Company, appellant. Gen. No. 28,073.**

Action to recover back price and interest for three cars of cantaloupes. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed April 24, 1923.

Charles B. Elder and J. J. Cooke, for appellant; Charles B. Elder, of counsel. Raber, Kostner, Andalman & Arvey, for appellees; Nat M. Kahn and Simon Herr, of counsel.

Mr. Justice Gridley delivered the opinion of the court.